Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

In the Matter of KSLM-COLUMBUS APARTMENTS, INC., Respondent, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Appellants.

Submitted March 14, 2005; decided March 24, 2005

Motion by New York State Tenants & Neighborhood Coalition, Inc. et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of KSLM-COLUMBUS APARTMENTS, INC., Respondent, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Appellants.

Submitted February 28, 2005; decided March 24, 2005

Motion by Community Service Society of New York et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of METRO ENVIRO TRANSFER, LLC, Appellant, v VILLAGE OF CROTON-ON-HUDSON et al., Respondents.

Submitted March 21, 2005; decided March 24, 2005

Motion by New York Conference of Mayors and Municipal Officials for leave to file a brief amicus curiae on the appeal herein granted. Three copies of the brief may be served and 20 copies filed within 10 days.

In the Matter of GEORGE PANTELIDIS, Respondent, v NEW YORK CITY BOARD OF STANDARDS AND APPEALS et al., Appellants, and JOSEPH E. SHEEHAN et al., Intervenors-Appellants.

Submitted January 31, 2005; decided March 24, 2005